| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:18-CR-11 |
| | § | |
| JOBIE DEMETRIUS TURNER | § | |

## MEMORANDUM AND ORDER

Pending before the court is Defendant Jobie Demetrius Turner's ("Turner") *pro se* Motion for Cares Act and First Step Act Consideration (#42), wherein he requests a transfer to home confinement. This motion is the same in substance and in form as a previous motion filed by Turner on April 10, 2023 (# 40).[1] This court denied the request for home confinement on April 27, 2023 (#41). As Turner presents no new bases for relief, the court will not reconsider the motion. It is, therefore,

**ORDERED** that Turner's *pro se* Motion for Cares Act and First Step Act Consideration (#42) is **DENIED** as repetitious.

**Signed this date**
Sep 1, 2023

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

---

[1] The only addition is the Presentence Investigation Report ("PSR") and the Plea Agreement, both documents the court had in its possession during consideration of the first motion filed by Turner.